UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNA REID, etc., et al.,

    Plaintiffs,

v.                                      No.3:05-cv-1179-J-12MCR

NEW HAMPSHIRE INDEMNITY
COMPANY, INC.,

    Defendant.

---

## ORDER

This cause is before the Court on the Plaintiffs' Motion for Order Granting Certification/Permission to Appeal (Doc.16), filed March 13, 2006. Upon review of the motion and for the reasons set forth in the Defendant's response in opposition (Doc.17), it is

**ORDERED AND ADJUDGED:**

That the Defendants' Motion for Order Granting Certification/Permission to Appeal (Doc.16) is denied.

**DONE AND ORDERED** this 28TH day of March 2006.

*Howell W. Melton*
**SENIOR UNITED STATES DISTRICT JUDGE**

c:    Counsel of Record