UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNA REID, etc., et al.,

    Plaintiffs,

v.                      No.3:05-cv-1179-J-12MCR

NEW HAMPSHIRE INDEMNITY
COMPANY, INC.,

    Defendant.

---

## ORDER

On June 19, 2009, the Court issued an Order to Show Cause (Doc. 26), giving the Plaintiffs until July 6, 2009, to show cause why this case should not be dismissed upon the May 26, 2009, denial by the United States Supreme Court of the petition for writ of certiorari (No. 08-1178) in <u>New Hampshire Indemnity Company, Inc. v. Donna Reid</u>, Case No. 3:05-cv-1280-J-12MCR. As of the date of this Order, the Plaintiffs have not filed a response to the Court's Order to Show Cause (Doc. 26). Accordingly, it is

**ORDERED AND ADJUDGED:**

That this case is hereby dismissed with prejudice, and the Clerk is directed to enter judgment for the Defendant with costs, if any, to be assessed according to law, and to close the case.

**DONE AND ORDERED** this __15th__ day of July 2009.

                                              */s/ Howell W. Melton*
                                              Senior United States District Judge

Copies to:    Counsel of Record